**Order entered February 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01068-CR**
**No. 05-18-01069-CR**

**ROBERT HOWARD GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-76425-T & F16-76426-T**

## ORDER

Before the Court is court reporter Debi Harris's February 1, 2020 request for additional time to file her portion of the reporter's record. We **GRANT** the motion and **ORDER** the reporter's record due on or before February 14, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE